# CERTIFICATE OF SERVICE

**JEFFREY EINHORN** declares under penalty of perjury:

1. I am over 18 years old and not a party to this action;

2. On December 5, 2007, I hand-delivered a copy of the **Summons and Complaint** in Robert Assil v. United States, 07-CV-11037 to:

**CIVIL PROCESS CLERK**
**UNITED STATES ATTORNEY'S OFFICE**
**SOUTHERN DISTRICT OF NEW YORK**
86 CHAMBERS STREET
NEW YORK, NEW YORK 10007

Dated:   New York, New York
         December 5, 2007

_____
JEFFREY EINHORN

MARC A. FERNICH
Notary Public, State of New York
No. 02FE5074078
Qualified in New York County
Commission Expires 3/10/08