## CERTIFICATE OF SERVICE

**JEFFREY EINHORN** declares under penalty of perjury:

1. I am over 18 years old and not a party to this action;

2. On December 10, 2007, I mailed a copy via Certified Mail of the **Summons and Complaint** in Robert Assil v. United States, 07-CV-11037 to:

    **THE ATTORNEY GENERAL OF THE UNITED STATES
    DEPARTMENT OF JUSTICE**
    950 PENNSYLVANIA AVENUE N.W.
    WASHINGTON, D.C. 20530-0001

Dated:    New York, New York
          December 10, 2007

_____
**JEFFREY EINHORN**

MARC A. FERNICH
Notary Public, State of New York
No. 02FE5074078
Qualified in New York County
Commission Expires 8/10/08