CERTIFICATE OF SERVICE

        I, Anna E. Arreola, depose and say that I am employed in the Office of the United States Attorney for the Southern District of New York, and that on February 4, 2008, I served the following documents, dated February 4, 2008, in the case of *Assil v. United States*, 07 Civ. 11037 (DAB):

    1.    Notice of Motion to Dismiss,

    2.    Government's Memorandum of Law in Support of its Motion to Dismiss,

    3.    Declaration of Anna E. Arreola and the exhibits thereto, and

    4.    Affirmation of Linda E. Canfield and the exhibits thereto,

by ECF, and that I also placed a copy of the same in envelopes addressed to:

    Jeffrey Lichtman
    Law Offices of Jeffrey Lichtman
    1790 Broadway, Suite 1501
    New York, New York 10019
    (212) 581-1001

    Marc Fernich
    Law Office of Marc Fernich
    570 Lexington Avenue, 16th Floor
    New York, New York 10022
    (212) 446-2346

and that I sealed said envelopes and caused them to be placed in an outgoing box for pick up at the United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

        I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. Section 1746.

    Dated: New York, New York
    February 4, 2008

                                _____/s/_____
                                Anna E. Arreola
                                Telephone: (212) 637-2218