MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant United States of America
By: Anna E. Arreola
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ROBERT ASSIL,              :
                           :         NOTICE OF MOTION
            Plaintiff,     :
                           :
    -v.-                   :         07 Civ. 11037 (DAB)
                           :
UNITED STATES OF AMERICA,  :
                           :
            Defendant.     :
-------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the accompanying Declaration of Anna E. Arreola and the exhibits annexed thereto, and the accompanying Affirmation of Special Agent Linda E. Canfield and the exhibits annexed thereto, defendant United States of America, by its attorney Michael J. Garcia, United States Attorney for the Southern District of New York, shall move this Court, before the Honorable Deborah A. Batts, United States District Judge, in the United States Courthouse, Courtroom 24B, 500 Pearl Street, New York, New York 10007, on a date to be set by the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss plaintiff's motion for return of property and for dismissal of this civil action.

Dated:   New York, New York
         February 4, 2008

                                        MICHAEL J. GARCIA
                                        United States Attorney for the
                                        Southern District of New York
                                        Attorney for the Defendant
                                        United States of America

By:         /s/
                                        ANNA E. ARREOLA
                                        Assistant United States Attorney
                                        One St. Andrews Plaza
                                        New York, New York  10007
                                        (212) 637-2218

cc:   Jeffrey Lichtman
      Law Offices of Jeffrey Lichtman
      1790 Broadway, Suite 1501
      New York, New York 10019
      (212) 581-1001

      Marc Fernich
      Law Office of Marc Fernich
      570 Lexington Avenue, 16th Floor
      New York, New York 10022
      (212) 446-2346