MEMO ENDORSED

## LAW OFFICES OF
## JEFFREY LICHTMAN

750 LEXINGTON AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10022
www.jeffreylichtman.com

TELEPHONE
(212) 581-1001

FAX
(212) 581-4999

February 13, 2008

Hon. Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2008

**Re: Robert Assil v. United States, 07 Cv. 11037 (DAB)**

Dear Judge Batts:

Granted
/s/ DAB
2/21/2008

I respectfully write on behalf of Mr. Assil to request a thirty-day extension to reply to the Government's motion to dismiss the above-referenced matter. The original date of answer was February 20, 2008. This is the first request for an extension. The Government, by Assistant United States Attorney Anna E. Arreola, has consented to the aforementioned extension.

Thank you for your consideration on this matter.

Respectfully submitted,

Jeffrey Lichtman

cc: Anna E. Arreola

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

MEMO ENDORSED