**MEMO ENDORSED**

LAW OFFICES OF
## JEFFREY LICHTMAN
750 LEXINGTON AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10022
www.jeffreylichtman.com

TELEPHONE
(212) 581-1001

FAX
(212) 581-4999





MEMO ENDORSED

March 20, 2008

Hon. Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Robert Assil v. United States</u>, 07 Cv. 11037 (DAB)

Dear Judge Batts:

*Granted*
*/s/ DAB*
*3/21/08*

    I write on behalf of Mr. Assil to respectfully request an additional two week extension to reply to the Government's motion to dismiss the above-referenced matter. The original date of answer was February 20, 2008. This is the second request for an extension. The first request, for 30 days, was approved by this Court. The Government, by Assistant United States Attorney Anna E. Arreola, has consented to this extension.

    Thank you for your consideration on this matter.

Respectfully submitted,

Jeffrey Lichtman

cc: Anna E. Arreola
    Assistant United States Attorney

**SO ORDERED**

*Deborah A. Batts* 3/21/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**