LAW OFFICES OF
JEFFREY LICHTMAN
750 LEXINGTON AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10022
www.jeffreylichtman.com

TELEPHONE
(212) 581-1001

FAX
(212) 581-4999

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2008

April 4, 2008

Hon. Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Robert Assil v. United States**, 07 Cv. 11037 (DAB)

Dear Judge Batts:

I write on behalf of Mr. Assil to respectfully request a final one-business day extension, to Monday April 7, to answer the Government's motion to dismiss the above-referenced matter. The original date of answer was February 20, 2008. This is the third request for an extension. The first request, for 30 days, and the second, for two-weeks, were approved by this Court. The Government, by Assistant United States Attorney Anna E. Arreola, has consented to an extension of up to one week.

Thank you for your consideration in this matter.

Respectfully submitted.

Jeffrey Lichtman

cc: Anna E. Arreola
    Assistant United States Attorney

*Granted*
DAB
4/4/08

SO ORDERED

Deborah A. Batts
DEBORAH A. BATTS   4/4/2008
UNITED STATES DISTRICT JUDGE