

MEMO ENDORSED

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 11, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2008
```

By Hand
Honorable Deborah A. Batts
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

      Re:  Assil v. United States, 07 Civ. 11037 (DAB)

Dear Judge Batts:

      The Government respectfully writes to request a two-week extension of the time to reply to plaintiff's opposition to the Government's motion to dismiss. The original due date is April 14, 2008. This is the Government's first request for an extension. Plaintiff's counsel does not oppose this request.

*Granted*
*/s/ DAB*
*4/15/2008*

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney

By: _____
    Anna E. Arreola
    Assistant United States Attorney
    Tel. No.: (212)637-2218

cc: Jeffrey Lichtman, Esq. (By fax)
    Jeffrey Einhorn, Esq. (By fax)

**SO ORDERED**

*Deborah A. Batts*  4/15/2008
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED