UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT ASSIL,

            Plaintiff,                      07 CIVIL 11037 (DAB)

   -against-                              **JUDGMENT**

UNITED STATES OF AMERICA,
            Defendant.
------------------------------------------------------------X

      Defendant having moved for a dismissal of the complaint pursuant to F. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Deborah A Batts, United States District Judge, and the Court, on August 25, 2008, having rendered its Memorandum and Order granting defendant's motion for dismissal of the complaint, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order, dated August 25, 2008, defendant's motion for dismissal of the complaint is granted and the case is closed.

Dated:  New York, New York
         Sept. 10, 2008

                                                 J. MICHAEL McMAHON
                                                  Clerk of Court
                                BY:
                                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____